IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02331-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

      Plaintiff,

v.

JOHN DOES 1-12,

      Defendants.

---

## ORDER

---

      In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of

Defendants John Doe 2, John Doe 3, and John Doe 11 Pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i) filed on January 6, 2016 (ECF No. 12), it is

      ORDERED that Defendants John Doe 2, John Doe 3, and John Doe 11 are

**DISMISSED WITHOUT PREJUDICE** and shall hereafter be taken off the caption.

      Dated:  January 6, 2016

                      BY THE COURT:

                      s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Senior United States District Judge