IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02331-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

JOHN DOES 1, 4-7, 9-10, 12,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe Number 7 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 22) and Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendants John Doe 1, John Doe 4, John Doe 6, John Doe 9, and John Doe 12 Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 23), it is

ORDERED that Defendant John Doe 7 is **DISMISSED WITH PREJUDICE**. Defendants John Doe 1, 4, 6, 9, and 12 are **DISMISSED WITHOUT PREJUDICE**. These Defendants shall hereafter be taken off the caption.

    Dated:  April 7, 2016

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              Senior United States District Judge