IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02331-WYD-MEH

DALLAS BUYERS CLUB, LLC, a Texas Limited Liability Company,

    Plaintiff,

v.

BRANDON KILLORY, previously identified as John Doe 10,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal With Prejudice of Defendant John Doe Brandon Killory and the Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 30), it is

ORDERED that Defendant Brandon Killory and this action are **DISMISSED WITH PREJUDICE**.

Dated:  April 18, 2016

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            Wiley Y. Daniel
                            Senior United States District Judge